Henry J. Brubaker, and Civilla Brubaker, Plaintiff-Appellees, v. W. E. Gould, W. E. Gould and Company, an Illinois Corporation, Interlake Industries Corporation, an Illinois Corporation, Defendants-Appellants, and J. H. Lahman, Defendant.

Gen. No. 47,513.

First District, Second Division.

July 3, 1958.

Released for publication September 18, 1958.

Arthur Abraham, and Israel Dorek, for appellants; Nathan & Klafter, and Tyrrell A. Richardson, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.